UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60125-CIV-DIMITROULEAS

YORGENIS ANGELO RAMIREZ,

      Petitioner,

vs.

MITCHELL DIAZ, in his official capacity as
Assistant Field Office Director, Broward
Transitional Center, et. al.

      Respondents.

_____/

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

THIS CAUSE is before the Court on the Petition for Writ of Habeas Corpus [DE 1], filed

January 19, 2026. The Court has considered the Petition [DE 1] and is otherwise fully advised in

the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. No later than **January 26, 2026**, Respondents shall file a response to the Petition and

    Motions.[1]

2. The Clerk is directed to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 21st day of January, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1]The Court puts parties on notice of its previous rulings in *Acosta v. Ripa, et. al.,* Case No. 25-cv-62360-WPD [DE 18] and *Taffur v. Noem, et. al*. Case No. 25-cv-62308-WPD [DE 12].

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov